**GRANTED**
*[signature]*
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA (seal)

1  Littler Mendelson, P.C.
2  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
3  MICHAEL G. PEDHIRNEY, Bar No. 233164
   mpedhirney@littler.com
4  650 California Street
   20th Floor
5  San Francisco, California 94108.2693
   Telephone:  415.433.1940
6  Facsimile:  415.399.8490

7  Attorneys for Defendant
   T & H GRACE CORPORATION, doing business as
8  GRACE HONDA

9             UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12

13 | AUTOMOTIVE INDUSTRIES PENSION  | Case No. CV 11-5509 MEJ
   | TRUST FUND; AUTOMOTIVE          |
14 | INDUSTRIES WELFARE TRUST FUND;  |
   | JAMES H. BENO; BILL BRUNELLI;   |
15 | STEPHEN J MACK; CHRIS           | **STIPULATION TO EXTEND**
   | CHRISTOPHERSEN; DON CROSATTO;   | **DEFENDANT'S TIME TO FILE**
16 | MARK HOLLIBUSH; JON ROSELLE;    | **RESPONSIVE PLEADING**
   | DOUGLAS CORNFORD; and JAMES V.  |
17 | CANTERBURY,                     | COMPLAINT FILED: November 14, 2011
   |                                 | TRIAL DATE: No date set
18 |       Plaintiffs,               |

19     v.

20  T & H GRACE CORPORATION, doing
    business as GRACE HONDA,
21
           Defendant.
22

23                      **STIPULATION**

24       WHEREAS, Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND;

25  AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI;

26  STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH;

27  JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY ("Plaintiffs") have

28
LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. CV 11-5509 MEJ

STIPULATION TO EXTEND TIME FOR DEFENDAT TO FILE RESPONSIVE PLEADING

filed a Complaint, alleging two causes of action and seeking relief;

WHEREAS, Defendant T & H GRACE CORPORATION ("Defendant") was served with Plaintiff's Complaint on November 16, 2011;

WHEREAS, the parties previously agreed and stipulated to two two-week extensions of Defendant's deadlines to file a responsive pleading;

WHEREAS, the parties are continuing to discuss potential resolution of the matter;

WHEREAS, the parties agreed and stipulated to another two-week extension of Defendant's deadline to file a responsive pleading.

THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant's deadline for filing a responsive pleading will be extended to January 18, 2012.

Dated: January 4, 2012

Littler Mendelson, P.C.
MICHAEL G. PEDHIRNEY

By: _____
ROBERT G. HULTENG
Attorneys for Defendant
T & H GRACE CORPORATION, doing business as GRACE HONDA

Dated: January 4, 2012

By: _____
JULIE A. OSTIL
SALZMAN & JOHNSON LAW CORPORATION
Attorneys for Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND; AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI; STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH; JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY

Firmwide:106421309.1 053883.1017

TTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

CASE NO. CV 11-5509 MEJ     2.     STIPULATION TO EXTEND TIME FOR DEFENDAT TO FILE RESPONSIVE PLEADING