GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1 | Littler Mendelson, P.C.
ROBERT G. HULTENG, Bar No. 071293
2 | rhulteng@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
3 | mpedhirncy@littler.com
650 California Street
4 | 20th Floor
San Francisco, California 94108.2693
5 | Telephone:   415.433.1940
Facsimile:   415.399.8490
6 |
Attorneys for Defendant
7 | T & H GRACE CORPORATION, doing business as
GRACE HONDA
8 |

9 |                    UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                      SAN FRANCISCO DIVISION

12 |

13 | AUTOMOTIVE INDUSTRIES PENSION              Case No.  CV 11-5509 MEJ
TRUST FUND; AUTOMOTIVE
14 | INDUSTRIES WELFARE TRUST FUND;
JAMES H. BENO; BILL BRUNELLI;
15 | STEPHEN J MACK; CHRIS                       **STIPULATION TO EXTEND
CHRISTOPHERSEN; DON CROSATTO;              DEFENDANT'S TIME TO FILE
16 | MARK HOLLIBUSH; JON ROSELLE;               RESPONSIVE PLEADING**
DOUGLAS CORNFORD; and JAMES V.
17 | CANTERBURY,                                 COMPLAINT FILED:  November 14, 2011
                                            TRIAL DATE:  No date set
18 |               Plaintiffs,

19 | v.

20 | T & H GRACE CORPORATION, doing
business as GRACE HONDA,
21 |
               Defendant.
22 |

23 |                         **STIPULATION**

24 |       WHEREAS,  Plaintiffs  AUTOMOTIVE  INDUSTRIES  PENSION  TRUST  FUND;

25 | AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI;

26 | STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH;

27 | JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY ("Plaintiffs") have

28 |

TTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco  CA  94108 2693
415 433 1940

CASE NO.  CV 11-5509 MEJ                     STIPULATION TO EXTEND TIME FOR
                                            DEFENDAT TO FILE RESPONSIVE
                                                              PLEADING

1    filed a Complaint, alleging two causes of action and seeking relief;

2           WHEREAS, Defendant T & H GRACE CORPORATION ("Defendant") was served with

3    Plaintiff's Complaint on November 16, 2011;

4           WHEREAS, the parties previously agreed and stipulated to two two-week extensions of

5    Defendant's deadlines to file a responsive pleading;

6           WHEREAS, the parties are continuing to discuss potential resolution of the matter;

7           WHEREAS, the parties agreed and stipulated to another two-week extension of Defendant's

8    deadline to file a responsive pleading.

9           THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their

10   respective counsel, that Defendant's deadline for filing a responsive pleading will be extended to

11   January 18, 2012.

12   Dated: January ___, 2012

13
                                              Littler Mendelson, P.C.
                                              MICHAEL G. PEDHIRNEY
14

15   By: _____
                                              ROBERT G. HULTENG
16                                            Attorneys for Defendant
                                              T & H GRACE CORPORATION, doing
17                                            business as GRACE HONDA

18   Dated: January 4, 2012                   By: _____

19                                            JULIE A. OSTIL
                                              SALZMAN & JOHNSON LAW
20                                            CORPORATION
                                              Attorneys for Plaintiffs AUTOMOTIVE
21                                            INDUSTRIES PENSION TRUST FUND;
                                              AUTOMOTIVE INDUSTRIES WELFARE
22                                            TRUST FUND; JAMES H. BENO; BILL
                                              BRUNELLI; STEPHEN J MACK; CHRIS
23                                            CHRISTOPHERSEN; DON CROSATTO;
                                              MARK HOLLIBUSH; JON ROSELLE;
24                                            DOUGLAS CORNFORD; and JAMES V.
                                              CANTERBURY
25

26   Firmwide:106421309.1 053883.1017

27

28

TTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

CASE NO. CV 11-5509 MEJ                    2.           STIPULATION TO EXTEND TIME FOR
                                                        DEFENDAT TO FILE RESPONSIVE
                                                        PLEADING