Littler Mendelson, P.C.
ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
T & H GRACE CORPORATION, doing business as
GRACE HONDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND; AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI; STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH; JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY,<br><br>                Plaintiffs,<br><br>v.<br><br>T & H GRACE CORPORATION, doing business as GRACE HONDA,<br><br>                Defendant. | Case No.  CV 11-5509 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR SUBMITTING ALTERNATIVE DISPUTE RESOLUTION CERTIFICATION**<br><br>COMPLAINT FILED:  November 14, 2011<br>TRIAL DATE:  No date set |

### STIPULATION

Pursuant to Rules 6-1(b), 6-2, 7-12, and 16-2(e) of the Court's local rules, the parties hereby request through their respective counsel of record that: (1) the Case Management Conference scheduled in the instant matter to take place on Thursday, May 3, 2012 at 10:00 a.m. be rescheduled to take place on Thursday, June 7, 2012 at 10:00 a.m. and that all deadlines related to the Case Management Conference be rescheduled accordingly; and (2) the deadline for the parties to submit

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP TO CONTINUE CMC AND ADR DEADLINE           1.           Case No. CV-11-5509 MEJ

Alternative Dispute Resolution certifications be extended from Thursday, April 12, 2012 to Thursday, May 17, 2012

The parties make this request in light of the fact that they have made a tentative agreement to resolve their dispute and are finalizing a settlement agreement.

**IT IS SO STIPULATED.**

Dated: April 11, 2012              Littler Mendelson, P.C.

By: /s/ Michael G. Pedhirney
ROBERT G. HULTENG
MICHAEL G. PEDHIRNEY
Attorneys for Defendant
T & H GRACE CORPORATION, doing business as GRACE HONDA

Dated: April 11, 2012              By: /s/ Julie A. Ostil
KIMBERLY A. HANCOCK
JULIE A. OSTIL
SALZMAN & JOHNSON LAW CORPORATION
Attorneys for Plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND; AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI; STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH; JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April __12__, 2012

_____
CHIEF ~~~~~~~~~~~~~~~~~~ ARIA-ELENA

*IT IS SO ORDERED*
*Judge Maria-Elena James*

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Firmwide:110369395.1 053883.1017

STIP TO CONTINUE CMC AND ADR DEADLINE              2.              Case No. CV-11-5509 MEJ