PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
KIMBERLY A. HANCOCK (SBN 205567)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
khancock@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>    Plaintiffs,<br><br>vs.<br><br>T & H GRACE CORPORATION, a California corporation, doing business as GRACE HONDA,<br><br>    Defendant. | CASE NO.:   CV 11-5509 MEJ<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL;**<br>**(PROPOSED) ORDER THEREON** |

///

///

///

///

///

///

///

STIPULATION FOR VOLUNTARY DISMISSAL;
(PROPOSED) ORDER THEREON
Case No.:  11-5509 MEJ

The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice, all parties to bear their own costs.

Dated: May 22, 2012               Saltzman & Johnson Law Corporation

By: _____/S/_____
    JULIE A. OSTIL
    Attorneys for Plaintiffs
    AUTOMOTIVE INDUSTRIES PENSION TRUST FUND; AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND; JAMES H. BENO; BILL BRUNELLI; STEPHEN J MACK; CHRIS CHRISTOPHERSEN; DON CROSATTO; MARK HOLLIBUSH; JON ROSELLE; DOUGLAS CORNFORD; and JAMES V. CANTERBURY

Dated: May 22, 2012               Littler Mendelson, P.C.

By: _____/S/_____
    MICHAEL G. PEDHIRNEY
    Attorneys for Defendant
    T & H GRACE CORPORATION, doing business as GRACE HONDA

**ORDER**

The parties having stipulated, IT IS SO ORDERED.

Dated: May 21, 2012

HON. MARIA ELENA JAMES
United States Magistrate Judge

2
STIPULATION FOR VOLUNTARY DISMISSAL;
(PROPOSED) ORDER THEREON
Case No.:  11-5509 MEJ