1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  KIMBERLY A. HANCOCK (SBN 205567)
   JULIE A. OSTIL (SBN 215202)
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   Telephone:  (415) 882-7900
5  Facsimile:   (415) 882-9287
   pmiller@sjlawcorp.com
6  abevington@sjlawcorp.com
   khancock@sjlawcorp.com
7  jostil@sjlawcorp.com

8  Attorneys for Plaintiffs

9                 UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  AUTOMOTIVE INDUSTRIES PENSION
    TRUST FUND, AUTOMOTIVE                 CASE NO.:   CV 11-5509 MEJ
13  INDUSTRIES WELFARE TRUST FUND,
    JAMES H. BENO, Trustee, BILL BRUNELLI, **STIPULATION FOR VOLUNTARY**
14  Trustee, STEPHEN J. MACK, Trustee, CHRIS **DISMISSAL;**
    CHRISTOPHERSEN, Trustee, DON           **(~~PROPOSED~~) ORDER THEREON**
15  CROSATTO, Trustee, MARK HOLLIBUSH,
    Trustee, JON ROSELLE, Trustee, DOUGLAS
16  CORNFORD, Trustee, and JAMES V.
    CANTERBURY, Trustee,
17
             Plaintiffs,
18
    vs.
19
    T & H GRACE CORPORATION, a California
20  corporation, doing business as GRACE
    HONDA,
21
             Defendant.
22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                                        1
                    STIPULATION FOR VOLUNTARY DISMISSAL;
                              (PROPOSED) ORDER THEREON
                                 Case No.:  11-5509 MEJ

1    The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule

2    Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with

3    prejudice, all parties to bear their own costs.

4

5
     Dated: May 22, 2012                          Saltzman & Johnson Law Corporation
6

7
                                                  By:_____/S/_____
8                                                     JULIE A. OSTIL
                                                      Attorneys for Plaintiffs
9                                                     AUTOMOTIVE INDUSTRIES PENSION
                                                      TRUST FUND; AUTOMOTIVE
10                                                    INDUSTRIES WELFARE TRUST FUND;
                                                      JAMES H. BENO; BILL BRUNELLI;
11                                                    STEPHEN J MACK; CHRIS
                                                      CHRISTOPHERSEN; DON CROSATTO;
12                                                    MARK HOLLIBUSH; JON ROSELLE;
                                                      DOUGLAS CORNFORD; and JAMES V.
13                                                    CANTERBURY

14
     Dated: May 22, 2012                          Littler Mendelson, P.C.
15

16
                                                  By:_____/S/_____
17                                                    MICHAEL G. PEDHIRNEY
                                                      Attorneys for Defendant
18                                                    T & H GRACE CORPORATION, doing
                                                      business as GRACE HONDA
19

20

21                                        **ORDER**

22   The parties having stipulated, IT IS SO ORDERED.

23

24   Dated: _____May 21, 2012_____     _____
                                                    HON. MARIA ELENA JAMES
25                                                  United States Magistrate Judge

26

27

28
                                                                                    2
                                               STIPULATION FOR VOLUNTARY DISMISSAL;
                                                          (PROPOSED) ORDER THEREON
                                                             Case No.:  11-5509 MEJ